

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00155-CV

TALEK SHERMAN, Appellant

V.

BRAIN SETTER AND VETS SECURING
AMERICA, Appellees

§   On Appeal from County Court at Law No. 1

§   of Tarrant County (2024-008400-1)

§   October 23, 2025

§   Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's dismissal order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
       Justice Elizabeth Kerr